UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOYCE PALMER,                                           CASE NO. 9:18-CV-80070
    PLAINTIFF,

vs.

TRACTOR SUPPLY COMPANY,
    DEFENDANT.
_____/

## PROPOSED DISCOVERY PLAN

Plaintiff, Joyce Palmer, and Defendant, Tractor Supply Company, pursuant to Federal Rule of Civil Procedure Rule 26 and the Order Setting Trial and Pretrial Schedule and Referring Case to Mediation ("Order"), jointly file this proposed discovery plan:

As per the Order paragraph 2:

(1) an estimated valuation of the case from the perspective of Plaintiff and Defendant;

    Plaintiff: $750,000.00

    Defendant: $0.00

(2) the date for exchanging initial disclosures pursuant to Rule 26(a)(1);

    October 8, 2018

(3) the subjects on which discovery may be needed;

    Liability and damages.

(4) whether the Parties can agree to limit discovery on particular issues through stipulation;

The Parties anticipate stipulating as to the authenticity of business records, while preserving all other objections. The Parties will continue to confer through and after the discovery period and attempt to stipulate as to documents and matters not in dispute.

(5) what document discovery is needed;

Any and all records relating to plans, design, building and inspection of the pathway at issue;

any and all photographs and records relating site pathway, both before and after date of alleged incident;

any and all documents relating to Plaintiff's business relationship with U.S. Express;

any all documents relating to Plaintiff's medical records;

any all documents relating to insurance claims or coverage by or on behalf of any party;

any and all documents relating to prior falls or accidents on pathway in question.

(6) whether discovery should be conducted in phases;

There is no need for discovery to be conducted in phases.

(7) whether the Parties expect to have disclosure, discovery, or preservation of electronically stored information, and if so, explain:

It is possible that there will be electronically stored information.

(a) the main information and documents sought;

E-mails, electronically filed incident reports, and medical records.

(b) the expected costs of e-discovery; and

Minimal, as there will be no need for large-scale document or e-mail mining.

(c) whether alternatives to e-discovery are possible.

Each party believes documents can be directly produced at minimal cost without reference to or use of an e-discovery system or company.

(8) what individuals each side intends to depose;

    Plaintiff: Eye-witnesses to the incident, person or persons at Tractor Supply with most knowledge of the incident; experts disclosed by Defendant.

    Defendant: Plaintiff, medical providers, any persons cited by plaintiff to testify as to present or future impairment or damages; experts disclosed by Plaintiff.

(9) any issues about claims of privilege or of protection as trial-preparation materials, including— if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502;

    Defendant and plaintiff will assert privilege as to documents prepared in anticipation of litigation. To the extent that trade secret or confidential material is sought in discovery, parties will seek an agreed-upon confidentiality order from the Court.

(10) what changes should be made in the limitations on discovery imposed by the Federal Rules of Civil Procedure or the Local Rules; and

    No changes are needed.

(11) whether early mediation or a settlement conference with a Magistrate Judge prior to the close of discovery would be helpful.

    Such a settlement or mediation would be useful, but only after the law of the case (Florida or Maryland) is determined and non-expert discovery completed.

    Respectfully submitted 30 August 2018,

| | |
|---|---|
| /s/ Robert Johnson | /s/ Michael R. Morris |
| Robert Johnson | Michael R. Morris |
| F.B.N. 472379 | F.B.N. 70254 |
| Counsel for Joyce Palmer | Counsel for Tractor Supply Company |
| Sellars, Marion & Bachi, P.A. | Morris & Morris, P.A. |
| 811 North Olive Avenue | 777 S. Flagler Drive, Suite 800 - West Tower |
| West Palm Beach, FL 33401 | West Palm Beach, FL 33401 |

| | | | |
|---|---|---|---|
| Telephone: | 561.655.8111 | Telephone: | 561.838.9811 |
| Facsimile: | 561.655.4994 | Facsimile: | 561.828.9351 |
| E-mail: | rjohnson@smb-law.com | E-mail: | michael@morris.law |